

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Olga **HURON** and Dianna Rico,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellees' brief was due on November 21, 2019. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion for an extension of time to file Appellees' brief until January 17, 2020.

Appellees' motion is GRANTED. Appellees' brief is due on January 17, 2020. Any further motion for an extension of time to file the brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court